

# Fourth Court of Appeals
## San Antonio, Texas

June 17, 2014

No. 04-14-00299-CV

**IN THE INT OF JJB**, a child,

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-02385
Honorable Martha B. Tanner, Judge Presiding

## O R D E R

The Appellant's Motion for Extension of Time to File Brief is GRANTED. The appellant's brief is due on July 6, 2014. Because this is an accelerated appeal from an order terminating appellant's parental rights, no further extensions of time will be granted.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of June, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court